JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUERRERO DE N, | Case No. CV 17-6830-GW(FFMx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| MERRITT HOSPITALITY, LLC, et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: July 11, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE